UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 16  P 4: 27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **JOSEPH A. CLEMENTI** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3423** |
| **ORLEANS PARISH SHERIFF'S DEPT (PRISON), ET AL.** | **SECTION: "D"(1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

New Orleans, Louisiana, this _16_ day of _Nov_____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep__
___ Doc. No.__